PAUL THOMAS ZULAWSKI, JR., Appellant, v RICHARD TAYLOR et al., Respondents, et al., Defendant. (Appeal No. 1.) [879 NYS2d 754]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered June 4, 2008 in an action for, inter alia, breach of contract. The order granted the motion of defendants Richard Taylor and Patricia Hartner to strike plaintiff's demand for a jury trial.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Trocom Constr. Corp. v Consolidated Edison Co. of N.Y., Inc.*, 7 AD3d 434, 437-438 [2004]; *see also* CPLR 5501 [a] [1]). Present—Hurlbutt, J.P., Centra, Peradotto, Green and Gorski, JJ.